UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════════════

JAMEEL COLLINS,

                              Plaintiff,

                                                                            ORDER
                    v.                                                      10-CV-718-A

MICHAEL J. ASTRUE,
Commissioner of Social Security,


                              Defendant.

═══════════════════════════════════════════

          The above-referenced case was referred to Magistrate Judge Jeremiah J.

McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On May 11, 2012, Magistrate Judge

McCarthy filed a Report and Recommendation, recommending that defendant's cross-

motion for judgment on the pleadings be denied and that plaintiff's motion be granted in

part and denied in part and that the case be remanded to the Social Security

Administration for further proceedings.

          The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's

cross-motion for judgment on the pleadings is denied and plaintiff's motion for judgment

on the pleadings is granted in part and denied in part and the case is remanded to the

Social Security Administration for further proceedings consistent with the Report and

Recommendation.

The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: June 29, 2012